■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN ANTONIO TAPIA ORTIZ, Appellant.—Judgment of the Supreme court, Kings County, rendered May 18, 1978, affirmed. No opinion. This case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Rabin, Gulotta and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE RAIMONDI, Also Known as GEORGE LYNCH, Appellant.—Judgment of the County Court, Suffolk County, rendered July 1, 1975, affirmed (see *People v Iannone,* 45 NY2d 589). Latham, J. P., Suozzi, Gulotta, Shapiro and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES P. SMITH, Appellant.—Motion by the People, *inter alia,* to resettle an order of this court, dated January 23, 1978, which determined an appeal from a judgment of the Supreme Court, Queens County, rendered January 9, 1976. Motion denied. On the court's own motion, its decision and order, both dated January 23, 1978 *(People v Smith,* 60 AD2d 896), are vacated and recalled and the following substituted decision is rendered: Judgment of the Supreme Court, Queens County, rendered January 9, 1976, affirmed (see *People v Jackson,* 46 NY2d 721; *People v Iannone,* 45 NY2d 589). Latham, J. P., Damiani, Cohalan and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES REILLY, Appellant.—Judgment of the County Court, Westchester County, rendered April 4, 1977, affirmed (see *People v Iannone,* 45 NY2d 589; *People v Jackson,* 46 NY2d 721). Martuscello, J. P., Latham, Rabin and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES SAUNDERS, Appellant.—Judgment of the Supreme Court, Kings County, rendered December 19, 1975, affirmed (see *People v Jackson* 46 NY2d 721; *People v Iannone,* 45 NY2d 589; *People v Gaines,* 41 AD2d 742; *People v Ruiz,* 34 AD2d 908). Hopkins, J. P., Martuscello, Gulotta and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE SCOTT, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered January 3, 1978, convicting him of rape in the first degree and sodomy in the first degree, after a nonjury trial, and imposing sentence. Judgment affirmed and case remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Defendant was indicted for the crimes of rape in the first degree, sodomy in the first degree and sexual abuse in the first degree; he was tried without a jury. At the close of the trial, the Trial Judge found defendant guilty of the rape and sodomy counts, and dismissed the sexual abuse count as a lesser inclusory offense of the rape count. Concededly, the Trial Judge did not, prior to defense counsel's summation, state upon the record the counts upon which he intended to render a verdict (see CPL 320.20, subd 5). However, since defendant was convicted of offenses specified in the indictment, and not of a lesser included offense, the error was harmless beyond a reasonable doubt (see *People v Chapman,* 60 AD2d 584). We have examined defendant's other contentions and find them to be without merit. Suozzi, J. P., Gulotta, Shapiro and Margett, JJ., concur.